FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

October 21, 2015

## Corrected Notice

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

Anthony Hamilton Green
209 S. Jennings Ave.
Fort Worth, TX 76104
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-14-00392-CR
                                   02-14-00393-CR
                                   02-14-00394-CR

        Trial Court Case Number:   1340778D
                                   1340779D
                                   1340780D

Style:   Brooks L. Burtson
         v.
         The State of Texas

The State's brief has been filed under the date of Thursday, October 15, 2015 in the above referenced cause.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Rene Wallace, Deputy Clerk